IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 1:20-cv-00537 (RDA/JFA) |
| Plaintiff, ) | |
| v. ) | |
| DALE J. CRITTENBERGER, ) | |
| Defendant. ) | |

## CONSENT JUDGMENT

Upon the consent and agreement of Plaintiff, the United States of America, and Defendant, Dale J. Crittenberger, it is hereby ORDERED, ADJUDGED, and DECREED that:

Judgment is entered in favor of the United States of America and against Dale J. Crittenberger for his unpaid federal income tax liabilities for tax years 2005-2008, 2010, and 2012-2014 owed in the amount of **$403,866.62** as of April 13, 2020, plus the statutory interest and additions to tax that have accrued thereafter according to law.

IT IS SO ORDERED.

Entered this 19th day of November, 2020.

JUDGE ROSSIE D. ALSTON, JR.
UNITED STATES DISTRICT JUDGE

Consented to:

_[signature]_   Dated: Oct 28 2020

Dale J. Crittenberger
24241 James Monroe Highway
Aldie, Virginia 20105
*Pro Se Defendant*


RICHARD E. ZUCKERMAN
Principal Deputy Assistant Attorney General

_[signature]_   Dated: 11/12/2020

Alexander R. Kalyniuk
U.S. Department of Justice
Civil Trial Section, Eastern Region
555 4th Street NW, Room 6833
Washington, D.C. 20001
Telephone: (202) 616-3309
Facsimile: (202) 514-6866
E-Mail: Alexander.R.Kalyniuk@usdoj.gov
*Counsel for the Plaintiff United States of America*


G. ZACHARY TERWILLIGER
United States Attorney

_[signature]_   Dated: 11/10/2020

Gerard Mene
Assistant U.S. Attorney
2100 Jamieson Avenue
Alexandria, Virginia 22314
Telephone: (703) 299-3777
Facsimile: (703) 299-3983
E-Mail: Gerard.Mene@usdoj.gov
*Counsel for the Plaintiff United States of America*